# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; <br> RALPH B. PFEIFFER, JR.; <br> MARK JOHNSTON; <br> TERESA K. THORNE; <br> and GASP, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> ALABAMA PUBLIC SERVICE COMMISSION; TWINKLE ANDRESS CAVANAUGH, in her official capacity as President of the Alabama Public Service Commission; JEREMY H. ODEN, in his official capacity as Commissioner of the Alabama Public Service Commission; and CHRIS "CHIP" BEEKER, in his official capacity as Commissioner of the Alabama Public Service Commission, <br><br>     Defendants. | Case No.: 2:21-cv-469-SMD |

## DECLARATION OF NATALIE DEAN

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the following is true and correct:

1. My name is Natalie Dean. I am over the age of twenty-one and competent to make this declaration. I am the Regulatory Pricing Manager for

Alabama Power Company. The facts in this declaration are based upon my personal knowledge or my review of documents and records that were kept in the ordinary course of business.

2. As the Pricing Manager, I am primarily responsible for the evaluation and monitoring of Alabama Power's current electric service offerings. Among my other responsibilities is the management of the design and analysis of any new tariffs or rate schedules for electric service (sometimes referred to simply as "rates" or "rate riders"), as well as modifications to such items. In furtherance of my performance of these responsibilities, Alabama Power maintains records regarding the filing of such tariffs with the Alabama Public Service Commission ("Commission").

3. As part of these duties, I sponsored pre-filed, written testimony to the Commission in Docket U-4226, and the related Docket No. 32767. While that testimony speaks for itself, generally the testimony concerned Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), and particularly the design of the tariff's firm back-up power provisions and the basis for the charges set forth in those provisions, which afford Alabama Power a means to recover the costs associated with providing back-up power service. I also testified at a hearing held in the above-referenced dockets on November 21, 2019.

2

4. Attachments A-Y are true and accurate copies of records from various Commission proceedings or other records that Alabama Power maintains in the course of its regularly conducted business:

    a. Attachment A: October 1, 1980 Notice from the Commission in Docket No. 18005;

    b. Attachment B: December 10, 1980 Filing by Alabama Power of Rate PAE (Purchase of Alternate Energy);

    c. Attachment C: December 30, 1980 Suspension Order of the Commission in Docket No. 18005;

    d. Attachment D: March 12, 1981 Report and Order of the Commission in Docket No. 18005;

    e. Attachment E: March 19, 1981 Filing by Alabama Power of Rate PAE (Purchase of Alternate Energy);

    f. Attachment F: April 5, 1985 Termination Order of the Commission in Docket No. 18126;

    g. Attachment G: December 21, 1987 Report and Order of the Commission in Docket No. 18126;

    h. Attachment H: January 25, 1988 Filing by Alabama Power of Rate Rider RGB (Supplementary, Back-Up or Maintenance Power);

i. Attachment I: February 7, 1988 Order of the Commission Approving Rate Rider RGB in Docket No. 18126;

j. Attachment J: April 7, 1988 Order of the Commission Deleting Rate RSU in Docket No. 18126;

k. Attachment K: Rate RSE (Rate Stabilization and Equalization Factor), as effective April 1990 and January 1992;

l. Attachment L: Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), as effective April 1996;

m. Attachment M: Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), as effective October 1997;

n. Attachment N: Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), as effective November 2000;

o. Attachment O: Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), as effective October 2011;

p. Attachment P: Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), as effective May 2013;

q. Attachment Q: Rate PAE (Purchase of Alternate Energy), as effective June 2012 and June 2013;

r. Attachment R: Contracts for Electric Service and Interconnection Agreements with James Bankston, Ralph Pfeiffer, Mark Johnston, and Teresa Thorne;

s. Attachment S: April 26, 2018 Complaint in Docket No. 32767;

t. Attachment T: June 15, 2018 Motion to Dismiss of Alabama Power Company in Docket No. 32767;

u. Attachment U: June 15, 2016 Filing of Rate Rider RGB (Supplementary, Back-Up or Maintenance Power), with Testimony of Natalie M. Dean, with exhibits, in Docket No. U-4226;

v. Attachment V: November 11, 2018 Testimony of Karl R. Rábago, without exhibits, in Docket Nos. 32767 sand U-4226;

w. Attachment W: December 13, 2018 Reply Testimony of Natalie M. Dean, with selected exhibits, in Docket Nos. 32767 sand U-4226;

x. Attachment X: December 19, 2020 Brief in Form of Proposed Order on behalf of APSC Plaintiffs Bankston, Pfeiffer and GASP, Inc. in Docket Nos. 32767 and U-4226;

y. Attachment Y: October 16, 2020 Order of the Commission in Docket Nos. 32767 and U-4226.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of September, 2021.

*Natalie Dean*
Natalie Dean