IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; <br> RALPH B. PFEIFFER, JR.; <br> MARK JOHNSTON; <br> TERESA K. THORNE; <br> and GASP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA PUBLIC SERVICE COMMISSION; TWINKLE ANDRESS CAVANAUGH, in her official capacity as President of the Alabama Public Service Commission; JEREMY H. ODEN, in his official capacity as Commissioner of the Alabama Public Service Commission; and CHRIS "CHIP" BEEKER, in his official capacity as Commissioner of the Alabama Public Service Commission, <br><br> Defendants, <br><br> and <br><br> ALABAMA POWER COMPANY, <br><br> Intervenor-Defendant. | Case No.: 2:21-cv-469-SMD |

**ALABAMA POWER COMPANY'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Intervenor-Defendant Alabama Power Company ("Alabama Power") moves this Court to dismiss with prejudice Plaintiffs James H. Bankston, Jr., Ralph B. Pfeiffer, Jr., Mark Johnston, Teresa K. Thorne, and GASP, Inc.'s amended complaint (Doc. 12) for lack of subject matter jurisdiction. In support of this motion,

1

Alabama Power is filing contemporaneously herewith a separate brief in support and an evidentiary submission.[1]

Respectfully submitted this the 1st day of November, 2021.

                                                                       */s/ David R. Boyd*
                                                                       One of the Attorneys for Intervenor-Defendant
                                                                       Alabama Power Company

**OF COUNSEL:**
David R. Boyd (ASB-0717-D52D)
Email dboyd@balch.com
Aria B. Allan (ASB-2064-E10Q)
Email: aallan@balch.com
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery Alabama 36104
Tel.: (334) 269-3159
Fax: (334) 269-3115

Scott Borden Grover (ASB-3661-066G)
Email: sgrover@balch.com
Jason B. Tompkins (ASB-3737-N72T)
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203
Tel.: (205) 226-8781
Fax: (205) 488-5448

---

[1] As explained more fully in the supporting brief, Alabama Power raises a factual attack on the subject matter jurisdiction; accordingly, the Court is not limited to consideration of the four corners of Plaintiffs' amended complaint but must "consider matters outside the pleadings" in order "to determine whether it has the power to hear [the] case." *Cardwell v. Auburn Univ. Montgomery*, 941 F. Supp. 2d 1322, 1327 (M.D. Ala. 2013) (describing the standard of review for a 12(b)(1) motion raising a factual attack on subject matter jurisdiction).

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that service will be perfected upon the following CM/ECF participants electronically on this the 1st day of November, 2021,

*Attorneys for Plaintiffs' GASP, Inc., Mark Johnston and Teresa K Thorne*:

Keith A. Johnston
Email: kjohnston@selcal.org
Christina A. Tidwell
Email: ctidwell@selcal.org
SOUTHERN ENVIRONMENTAL LAW CENTER
2829 2nd Avenue South, Suite 282
Birmingham, Alabama 35233
Tel: (205) 745-3060

Kurt D. Ebersbach
Email: kebersbach@selcga.org
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
Tel: (404) 521-9900

*Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.*:

Clay Ragsdale
Email: clay@ragsdalellc.com
Allison Riley
Email: allison@ragsdalellc.com
RAGSDALE LLC
517 Beacon Parkway W.
Birmingham, AL 35209
Tel: (888) 727-1087

*Attorneys for the Alabama Public Service Commission*:

Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200

      */s/ David R. Boyd*
      Of Counsel