IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR., et al., ) ) ) Plaintiffs, ) ) v. ) ) ALABAMA PUBLIC SERVICE ) COMMISSION, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:21cv469-MHT |

### ORDER

It is ORDERED that, by December 9, 2021, the defendants may file a reply to the plaintiffs' response to the order to show cause (Doc. 46) on the defendants' motions to stay (Doc. 44 & Doc. 45).

It is further ORDERED that the briefing deadlines for the plaintiffs' partial motion for summary judgment are stayed until the court resolves the motions to stay.  *See* Order (Doc. 43).

DONE, this the 2nd day of December, 2021.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE