# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; <br> RALPH B. PFEIFFER, JR.; <br> MARK JOHNSTON; <br> TERESA K. THORNE; <br> and GASP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA PUBLIC SERVICE COMMISSION; TWINKLE ANDRESS CAVANAUGH, in her official capacity as President of the Alabama Public Service Commission; JEREMY H. ODEN, in his official capacity as Commissioner of the Alabama Public Service Commission; and CHRIS "CHIP" BEEKER, in his official capacity as Commissioner of the Alabama Public Service Commission, <br><br> Defendants, <br><br> And <br><br> ALABAMA POWER COMPANY, <br><br> Intervenor-Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:21-CV-00469-MHT-SMD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **MOTION TO WITHDRAW AS COUNSEL**

Now comes undersigned Kurt Ebersbach and, in accordance with Local Rule 83.1(f), hereby moves to withdraw as counsel for Plaintiffs Mark Johnston, Teresa K. Thorne, and GASP, Inc., in the above-captioned matter. In support of this motion, undersigned counsel states as follows:

I will be leaving the Southern Environmental Law Center effective January 14, 2022 to pursue employment with another organization. After this change, I will no longer be available to

continue representing Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc. in this matter. Keith Johnston and Christina Tidwell of the Southern Environmental Law Center will remain counsel of record for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc. Clay Ragsdale and Allison Riley of Ragsdale LLC will remain counsel of record for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.

Wherefore, undersigned counsel respectfully requests that this motion be granted and that he be removed from the service list in this matter.

Respectfully submitted this 14th day of January, 2022.

/s/ Kurt D. Ebersbach
Kurt D. Ebersbach (ASB-1716-X21R)
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
Tel:   (404) 521-9900
Fax:   (404) 521-9909
Email: kebersbach@selcga.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by electronic filing on this 14th day of January, 2022:

*Attorneys for the Alabama Public Service Commission*:
Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Telephone: (334) 242-5200

*Attorneys for Intervenor-Defendant Alabama Power Company*:
David R. Boyd
Email: dboyd@balch.com
Aria B. Allan
Email: aallan@balch.com
BALCH &BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover
Email: sgrover@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH &BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

*Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.*
Clay Ragsdale
Email: clay@ragsdalellc.com
Allison Riley
Email: allison@ragsdalellc.com
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, AL 35209
Tel: (888)727-1087

*Attorneys for Plaintiffs GASP, Inc., Mark Johnston and Teresa K. Thorne*
Keith A. Johnston
Email: kjohnston@selcal.org
Christina A. Tidwell
Email: ctidwell@selcal.org
Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, Alabama 35233
Tel: (205) 745-3060
Facsimile: (205) 745-3064

/s/ Kurt D. Ebersbach