IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES H. BANKSTON, JR.,    )
et al.,                    )
                           )
     Plaintiffs,           )
                           )      CIVIL ACTION NO.
     v.                    )        2:21cv469-MHT
                           )
ALABAMA PUBLIC SERVICE     )
COMMISSION, et al.,        )
                           )
     Defendants,           )
                           )
ALABAMA POWER COMPANY,     )
                           )
     Intervenor-Defendant. )
```

ORDER

It is ORDERED that the defendants' motions to stay (Doc. 44 & Doc. 45) are granted to the extent that all deadlines are stayed until the court resolves the pending motions to dismiss for lack of jurisdiction (Doc. 19 & Doc. 36).

It is further ORDERED that plaintiffs' partial motion for summary judgment (Doc. 41) is denied with leave to renew should the court find that it has

subject-matter jurisdiction.

DONE, this the 8th day of September, 2022.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**