IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:21cv469-MHT ) |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) ) ) |
| Defendants, | ) ) |
| ALABAMA POWER COMPANY, | ) ) |
| Intervenor-Defendant. | ) |

### ORDER

It is ORDERED that the motions to dismiss (Doc. 19 and Doc. 36) are set for oral argument on February 8, 2023, at 10:00 a.m., by videoconference. The courtroom deputy shall arrange for the videoconference.

At oral argument, the parties should be prepared to address all arguments raised in the motions. The parties should also be prepared to discuss whether the

enactment of Rate Rider RGB Revision Seventh[*] renders any of plaintiff's claims moot, and whether the amended complaint (Doc. 12) needs to be further amended to address Rate Rider RGB Revision Seventh.

DONE, this the 24th day of January, 2023.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**

---

[*] *Rate Rider RGB Supplementary, Back-Up, or Maintenance Power Revision Seventh*, ALABAMA POWER (Nov. 5, 2021), https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwi92fSOz-D8AhUQD1kFHadSAC0QFnoECA4QAQ&url=https%3A%2F%2Fwww.alabamapower.com%2Fcontent%2Fdam%2Falabama-power%2Fpdfs-docs%2FRates%2FRGB.pdf&usg=AOvVaw0FL7vytCIBjHgvAJs9dFB.