IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES H. BANKSTON, JR.,      )
et al.,                      )
                             )
     Plaintiffs,             )
                             )      CIVIL ACTION NO.
     v.                      )        2:21cv469-MHT
                             )
ALABAMA PUBLIC SERVICE       )
COMMISSION, et al.,          )
                             )
     Defendants,             )
                             )
ALABAMA POWER COMPANY,       )
                             )
     Intervenor-Defendant.   )
```

ORDER

Based on the representations made on the record today, it is ORDERED that:

(1) By February 22, 2023, plaintiffs are to file another amended complaint or a notice that they are proceeding on the first amended complaint (Doc. 12).  Plaintiffs are granted leave to file an amended complaint.

(2) Another status conference is set for February 27, 2023, at 8:30 a.m.  The courtroom deputy is to

**arrange for the conference to be by Zoom.**

**(3) If plaintiffs file another amended complaint, the court will discuss with the parties, at the February 27 conference, how to proceed on that complaint.  If plaintiffs decide to proceed on the first amended complaint (Doc. 12), the court will cancel the February 27 status conference and set a briefing schedule on the new issues of mootness, etc., raised at the status conference today.  The court understands that the parties want three weeks to brief these new issues.**

   **DONE, this the 8th day of February, 2023.**

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**