IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; <br> RALPH B. PFEIFFER, JR.; <br> MARK JOHNSTON; <br> TERESA K. THORNE; <br> and GASP, INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> **ALABAMA PUBLIC SERVICE COMMISSION; TWINKLE ANDRESS CAVANAUGH, in her official capacity as President of the Alabama Public Service Commission; JEREMY H. ODEN, in his official capacity as Commissioner of the Alabama Public Service Commission; and CHRIS "CHIP" BEEKER, in his official capacity as Commissioner of the Alabama Public Service Commission,** <br><br> **Defendants,** <br><br> And <br><br> **ALABAMA POWER COMPANY,** <br><br> **Intervenor-Defendant** | Case No. 2:21-CV-00469-MHT-SMD |

## NOTICE OF FILING

Defendants Alabama Public Service Commission; President Twinkle Andress Cavanaugh; Commissioner Jeremy H. Oden; and Commissioner Chris "Chip" Beeker (collectively "APSC") respectfully submit to the Court the slides presented prior to the oral argument on the motions to dismiss (Docs. 19, 36) held on February 8, 2023.

Respectfully submitted this 9th day of February 2023.

2

/s/ Luther D. Bentley IV
Luther D. Bentley IV (ASB-9981-R48B)
V. Chad Mason, Jr. (ASB-1331-Y21E)
Attorneys for
APSC Defendants
100 N. Union Street
Montgomery, Alabama 36104
(334) 242-5200
luke.bentley@psc.alabama.gov
chad.mason@psc.alabama.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Christina Tidwell<br>Barry A. Brock<br>Southern Environmental Law Center<br>2829 2nd Avenue South, Suite 282<br>Birmingham, Alabama 35205<br>ctidwell@selcal.org<br>bbrock@selcal.org<br>Attorneys for Plaintiffs GASP, Inc., Mark Johnston, and Teresa K. Thorne | Clay Ragsdale<br>Allison Riley<br>Ragsdale LLC<br>517 Beacon Parkway W.<br>Birmingham, Alabama 35209<br>clay@ragsdalellc.com<br>allison@ragsdalellc.com<br>Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr. |
| Frank S. Holleman, III<br>Maia D. Hutt<br>Southern Environmental Law Center<br>601 W. Rosemary Street, Suite 220<br>Chapel Hill, NC 27516<br>fholleman@selcnc.org<br>mhutt@selcnc.org<br>Attorneys for Plaintiffs GASP, Inc., Mark Johnston, and Teresa K. Thorne | |
| David R. Boyd<br>Aria B. Allan<br>Balch & Bingham LLP<br>105 Tallapoosa St., Suite 200<br>Montgomery, Alabama 36104<br>dboyd@balch.com<br>aallan@balch.com<br>Attorneys for Intervenor-Defendant<br>Alabama Power Company | Scott Borden Grover<br>Jason B. Tompkins<br>Balch & Bingham LLP<br>1901 Sixth Avenue North, Suite 1500<br>Birmingham, Alabama 35203<br>sgrover@balch.com<br>jtompkins@balch.com<br>Attorneys for Intervenor-Defendant<br>Alabama Power Company |

                                                     /s/ Luther D. Bentley IV<br>                                                     Luther D. Bentley IV