**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JAMES H. BANKSTON, JR.; | ) |
| RALPH B. PFEIFFER, JR.; | ) |
| MARK JOHNSTON; | ) |
| TERESA K. THORNE; | ) |
| and GASP, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION; TWINKLE ANDRESS | ) |
| CAVANAUGH, in her official capacity | ) |
| as President of the Alabama Public | )   CASE NO. 2:21-CV-00469-MHT-SMD |
| Service Commission; JEREMY H. ODEN, | ) |
| in his official capacity as Commissioner of | ) |
| the Alabama Public Service Commission; | ) |
| and CHRIS "CHIP" BEEKER, in his | ) |
| official capacity as Commissioner of the | ) |
| Alabama Public Service Commission, | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ALABAMA POWER COMPANY, | ) |
| | ) |
| Intervenor-Defendant. | ) |
| | ) |

## NOTICE OF INTENT TO FILE SUPPLEMENTAL PETITION FOR ENFORCEMENT WITH FERC AND AMENDED COMPLAINT

Pursuant to the Court's February 8, 2023 Order (Doc. 64), Plaintiffs Bankston, Pfeiffer, Johnston, Thorne and GASP ("Plaintiffs") notify the Court of their intent to file a supplemental petition for enforcement with the Federal Energy Regulatory Commission ("FERC") under the Public Utility Regulatory Policies Act ("PURPA") § 210(h)(2)(B), 16 U.S.C. § 824a-3(h)(2)(B), and subsequently to file an amended complaint in this case. Plaintiffs propose to file the petition for enforcement with FERC within seven (7) days of filing this Notice. If FERC does not initiate

an enforcement action within 60 days and instead issues a notice of intent not to act, as it did in response to Plaintiffs' original petition, Plaintiffs intend to file a second amended complaint with this Court. Plaintiffs propose to file the amended complaint within fourteen (14) days of FERC's issuance of a notice of intent not to act or the expiration of the 60-day period, whichever comes first.[1]

As discussed at the oral argument on February 8, 2023, Plaintiffs maintain that Rate Rider RGB Revision Seventh ("Revision Seventh") does not change the claims or the relief requested in the First Amended Complaint (Doc. 12). The Rate Rider RGB Part I.B. back-up service charges at the center of Plaintiffs' complaint—the Capacity Reservation Charge and the Alternative Rate RTA Charge—have been carried over verbatim from Rate Rider RGB Revision Sixth to Revision Seventh. Plaintiffs will continue to assert that under Revision Seventh Defendant Alabama Public Service Commission ("PSC") fails to implement PURPA and FERC's implementing regulations by allowing Intervenor Alabama Power Company ("Alabama Power") to charge unjust, unreasonable and discriminatory rates for back-up power service to Plaintiffs and other customers who own solar generation. However, due to the PSC's approval of Revision Seventh after Plaintiffs filed their enforcement action, Plaintiffs intend to amend their complaint, from an abundance of caution, to include additional information about the new revision. Plaintiffs believe this will provide the Court with the necessary information and place the case in the appropriate posture to grant the relief requested.

---

[1] While the Court's Order (Doc. 64) does not specifically contemplate the filing of this Notice, undergoing the additional procedural step of filing a supplemental petition for enforcement prior to amending the complaint should eliminate any argument that Plaintiffs have not complied with the jurisdictional prerequisites of PURPA § 210(h)(2)(B).

As expressed at the hearing on February 8, Plaintiffs question whether filing a supplemental petition for enforcement with FERC is necessary because FERC has already declined to enforce the very claims at issue in this lawsuit. Plaintiffs have not located any controlling authority on this procedural issue. However, the PSC and Alabama Power indicated they will argue that Plaintiffs have failed to comply with PURPA's jurisdictional prerequisites if Plaintiffs do not file a supplemental petition for enforcement with FERC prior to amending the complaint. *See* Doc. 65-1 at 7; Doc. 67-1 at 11. In order to avoid further delay and decrease the number of litigated issues before this Court, Plaintiffs intend to file a supplemental petition with FERC prior to amending their complaint to address Revision Seventh.

Plaintiffs request that the Court retain jurisdiction over the case and hold all pending motions in abeyance until Plaintiffs complete the procedural steps described above and file their amended complaint.

Respectfully submitted this 22nd day of February, 2023.

/s/ Christina A. Tidwell
Christina A. Tidwell (ASB-9696-D10R)
Barry A. Brock (ASB-9137-B61B)
Southern Environmental Law Center
2829 Second Avenue S., Ste. 282
Birmingham, AL 35233
Tel.: (205) 745-3060
Email: ctidwell@selcal.org
        bbrock@selcal.org


Frank Holleman *(admitted pro hac vice, NC bar no. 43361)*
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, SC 29403
Tel.: (843) 720-5270
Email: fholleman@selcsc.org

/s/ Clay Ragsdale
Clay Ragsdale (ASB-0308-A62R)
Allison Riley (ASB-0594-E28M)
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, AL 35209
Tel.: (888)727-1087
Email: clay@ragsdalellc.com
        allison@ragsdalellc.com

*Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.*

Maia Hutt *(admitted pro hac vice, NC bar no. 53764)*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Tel.: (919) 967-1450
Email: mhutt@selcnc.org

*Attorneys for Plaintiffs Mark Johnston,*
*Teresa K. Thorne and GASP, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronic filing on this 22nd day of February, 2023:

*Attorneys for the Alabama*
*Public Service Commission*:
Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200

*Attorneys for Intervenor-Defendant*
*Alabama Power Company*:
David R. Boyd
Email: dboyd@balch.com
Aria B. Allan
Email: aallan@balch.com
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover
Email: sgrover@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

/s/ Christina A. Tidwell
*Of Counsel*