IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.;<br>RALPH B. PFEIFFER, JR.;<br>MARK JOHNSTON;<br>TERESA K. THORNE;<br>and GASP, INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>ALABAMA PUBLIC SERVICE<br>COMMISSION; TWINKLE ANDRESS<br>CAVANAUGH, in her official capacity<br>as President of the Alabama Public<br>Service Commission; JEREMY H. ODEN,<br>in his official capacity as Commissioner of<br>the Alabama Public Service Commission;<br>and CHRIS "CHIP" BEEKER, in his<br>official capacity as Commissioner of the<br>Alabama Public Service Commission,<br>   Defendants,<br><br> and<br><br>ALABAMA POWER COMPANY,<br><br>   Intervenor-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> CASE NO. 2:21-CV-00469-MHT-SMD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL PETITION FOR
ENFORCEMENT WITH FERC**

In accordance with the Plaintiffs' Notice of Intent filed on February 22, 2023 (Doc. 68), and the discussion at the status conference on February 27, 2023, Plaintiffs Bankston, Pfeiffer, Johnston, Thorne and GASP notify the Court that they have filed a Supplemental Petition for Enforcement under the Public Utility Regulatory Policies Act of 1978 with the Federal Energy Regulatory Commission ("FERC"). The Supplemental Petition for Enforcement was filed with

FERC on March 1, 2023, in FERC Docket No. EL21-64-000, and is attached to this Notice as Exhibit 1.

Respectfully submitted this 2nd day of March, 2023.

/s/ Christina A. Tidwell
Christina A. Tidwell (ASB-9696-D10R)
Barry A. Brock (ASB-9137-B61B)
Southern Environmental Law Center
2829 Second Avenue S., Ste. 282
Birmingham, AL 35233
Tel.: (205) 745-3060
Email: ctidwell@selcal.org
      bbrock@selcal.org

Frank Holleman *(admitted pro hac vice, NC bar no. 43361)*
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, SC 29403
Tel.: (843) 720-5270
Email: fholleman@selcsc.org

Maia Hutt *(admitted pro hac vice, NC bar no. 53764)*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Tel.: (919) 967-1450
Email: mhutt@selcnc.org

*Attorneys for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc*

/s/ Clay Ragsdale
Clay Ragsdale (ASB-0308-A62R)
Allison Riley (ASB-0594-E28M)
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, AL 35209
Tel.: (888)727-1087
Email: clay@ragsdalellc.com
      allison@ragsdalellc.com

*Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronic filing on this 2nd day of March, 2023:

*Attorneys for the Alabama*
*Public Service Commission*:
Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200

*Attorneys for Intervenor-Defendant*
*Alabama Power Company*:
David R. Boyd
Email: dboyd@balch.com
Aria B. Allan
Email: aallan@balch.com
BALCH &BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover
Email: sgrover@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH &BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

/s/ Christina A. Tidwell
*Of Counsel*