IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.;<br>RALPH B. PFEIFFER, JR.;<br>MARK JOHNSTON;<br>TERESA K. THORNE;<br>and GASP, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALABAMA PUBLIC SERVICE COMMISSION; TWINKLE ANDRESS CAVANAUGH, in her official capacity as President of the Alabama Public Service Commission; JEREMY H. ODEN, in his official capacity as Commissioner of the Alabama Public Service Commission; and CHRIS "CHIP" BEEKER, in his official capacity as Commissioner of the Alabama Public Service Commission,<br><br>        Defendants,<br><br>  and<br><br>ALABAMA POWER COMPANY,<br><br>        Intervenor-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:21-CV-00469-MHT-SMD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PLAINTIFFS' NOTICE OF FERC'S ISSUANCE OF</u>**
**<u>NOTICE OF INTENT NOT TO ACT</u>**

      To keep the Court informed on the status of their Supplemental Petition for Enforcement ("Supplemental Petition"), filed with the Federal Energy Regulatory Commission ("FERC") on March 1, 2023,[1] Plaintiffs Bankston, Pfeiffer, Johnston, Thorne and GASP ("Plaintiffs") notify the Court that FERC issued a Notice of Intent Not to Act on April 28, 2023, in response to the

---

[1] *See* Plaintiffs' Notice of Filing of Supplemental Petition for Enforcement with FERC, Doc. 73.

Supplemental Petition. The Notice of Intent Not to Act is attached as Exhibit 1. In the Notice, FERC stated that "[o]ur decision not to initiate an enforcement action means that Petitioners may themselves continue their enforcement action against the Alabama Commission in the appropriate court." Ex. 1 at 2.

Commissioner Clements issued a separate concurring statement, which is attached to the Notice of Intent Not to Act. Ex. 1 at 3. In the concurrence, Commissioner Clements reiterated the concern that she and then-Chairman Glick expressed in response to the Plaintiffs' initial petition for enforcement. She concluded that "none of the pleadings in this proceeding alter the conclusion that Chairman Glick and I previously jointly expressed that this rate appears to violate the regulations set forth in FERC Order No. 69." *Id.*

In accordance with the Court's March 6, 2023, Opinion and Order (Doc. 74), Plaintiffs intend to file an amended complaint to address Rate Rider RGB Revision Seventh on or before May 12, 2023.

Respectfully submitted this 3rd day of May, 2023.

| | |
|---|---|
| /s/ Christina A. Tidwell <br> Christina A. Tidwell (ASB-9696-D10R) <br> Barry A. Brock (ASB-9137-B61B) <br> Southern Environmental Law Center <br> 2829 Second Avenue S., Ste. 282 <br> Birmingham, AL 35233 <br> Tel.: (205) 745-3060 <br> Email: ctidwell@selcal.org <br>          bbrock@selcal.org <br><br> Frank Holleman *(admitted pro hac vice, NC bar no. 43361)* <br> Southern Environmental Law Center <br> 525 East Bay Street, Suite 200 <br> Charleston, SC 29403 <br> Tel.: (843) 720-5270 <br> Email: fholleman@selcsc.org | /s/ Clay Ragsdale <br> Clay Ragsdale (ASB-0308-A62R) <br> Allison Riley (ASB-0594-E28M) <br> Ragsdale LLC <br> 517 Beacon Parkway W. <br> Birmingham, AL 35209 <br> Tel.: (888)727-1087 <br> Email: clay@ragsdalellc.com <br>          allison@ragsdalellc.com <br><br> *Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.* |

Maia Hutt *(admitted pro hac vice, NC bar no. 53764)*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Tel.: (919) 967-1450
Email: mhutt@selcnc.org

*Attorneys for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronic filing on this 3rd day of May, 2023:

*Attorneys for the Alabama*
*Public Service Commission*:
Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200

*Attorneys for Intervenor-Defendant*
*Alabama Power Company*:
David R. Boyd
Email: dboyd@balch.com
Aria B. Allan
Email: aallan@balch.com
BALCH &BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover
Email: sgrover@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH &BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

                                              /s/ Christina A. Tidwell
                                              *Of Counsel*