IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR., et al., ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:21cv469-MHT |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., ) ) ) | |
| Defendants, ) ) | |
| ALABAMA POWER COMPANY, ) ) | |
| Intervenor-Defendant. ) | |

### ORDER

It is ORDERED that the dispositive motions, now set for oral argument on July 26, 2023, are reset for oral argument on August 16, 2023, at 9:00 a.m. The courtroom deputy is to arrange for the argument to be by Zoom.

DONE, this the 25th day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**