**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES H. BANKSTON, JR.;** )<br>**RALPH B. PFEIFFER, JR.;** )<br>**MARK JOHNSTON;** )<br>**TERESA K. THORNE;** )<br>**and GASP, INC.,** )<br>)<br>        **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ALABAMA PUBLIC SERVICE** )<br>**COMMISSION; TWINKLE** )<br>**ANDRESS CAVANAUGH, in her** )<br>official capacity as President of the )<br>**Alabama Public Service Commission;** )<br>**JEREMY H. ODEN, in his official** )<br>**capacity as Commissioner of the** )<br>**Alabama Public Service Commission;** )<br>**and CHRIS "CHIP" BEEKER, in his** )<br>**official capacity as Commissioner of the** )<br>**Alabama Public Service Commission,** )<br>)<br>        **Defendants,** )<br>)<br>        **And** )<br>)<br>**ALABAMA POWER COMPANY,** )<br>        **Intervenor-Defendant.** ) | **Case No.: 2:21-cv-469-MHT-SMD** |

## MOTION TO WITHDRAW AS ATTORNEY

Aria B. Allan, as Counsel for Intervenor-Defendant Alabama Power

Company, respectfully moves for leave to withdraw as counsel of record. Scott B.

23736292.1

Grover, David R. Boyd, and Jason S. Tompkins of Balch & Bingham LLP will continue representing Defendant-Intervenor in this action.

Respectfully submitted this the 15th day of March, 2024.

/s/ Aria B. Allan
Attorney for Intervenor-Defendant
Alabama Power Company

**OF COUNSEL**:

David R. Boyd (ASB-0717-D52D)
Email dboyd@balch.com
Aria B. Allan (ASB-2064-E10Q)
Email: aallan@balch.com
BALCH & BINGHAM LLP
445 Dexter Ave., Suite 8000
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover (ASB-3661-066G)
Email: sgrover@balch.com
Jason B. Tompkins (ASB-3737-N72T)
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

23736292.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon the following by electronic filing on this the 15th day of March, 2024:

*Attorneys for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc.:*
Christina A. Tidwell
Barry A. Brock
Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, AL  35233
Telephone: (205) 745-3060
Email: ctidwell@selcal.org
　　　 bbrock@selcal.org

Frank Holleman *(admitted pro hac vice, NC bar no. 43361)*
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, SC 29403
Tel.: (843) 720-5270
Email: fholleman@selcsc.org

Maia Hutt *(admitted pro hac vice, NC bar no. 53764)*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Tel.: (919) 967-1450
Email: mhutt@selcnc.org

*Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.:*
Clay Ragsdale
Allison Riley
RAGSDALE LLC
517 Beacon Parkway W.
Birmingham, AL  35209
Telephone: (888) 727-1087
Email: clay@ragsdalellc.com
　　　 allison@ragsdalellc.com

3

*Attorneys for the Alabama Public Service Commission*:
Luther D. Bentley IV
V. Chad Mason, Jr.
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Telephone: (334) 242-5200
Email: luke.bentley@psc.alabama.gov
      chad.mason@psc.alabama.gov

    */s/ Aria B. Allan*
    Of Counsel

23736292.1