IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| JAMES H. BANKSTON, JR., et al., | ) ) ) | | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. | |
| v. | ) ) | 2:21cv469-MHT | |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) ) ) | | |
| Defendants, | ) ) | | |
| ALABAMA POWER COMPANY, | ) ) | | |
| Intervenor-Defendant. | ) | | |

ORDER

It is ORDERED that the motions to dismiss (Doc. 80 and Doc. 81) are set for oral argument on September 18, 2024, at 8:00 a.m., by videoconference.  The courtroom deputy shall arrange for the videoconference.

DONE, this the 11th day of September, 2024.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE