**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES H. BANKSTON, JR.;** | ) | |
| **RALPH B. PFEIFFER, JR.;** | ) | |
| **MARK JOHNSTON;** | ) | |
| **TERESA K. THORNE;** | ) | |
| **and GASP, INC.,** | ) | **Case No. 2:21-CV-00469-MHT-SMD** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALABAMA PUBLIC SERVICE** | ) | |
| **COMMISSION; TWINKLE ANDRESS** | ) | |
| **CAVANAUGH, in her official capacity as** | ) | |
| **President of the Alabama Public Service** | ) | |
| **Commission; JEREMY H. ODEN, in his** | ) | |
| **official capacity as Commissioner of the** | ) | |
| **Alabama Public Service Commission; and** | ) | |
| **CHRIS "CHIP" BEEKER, in his official** | ) | |
| **capacity as Commissioner of the Alabama** | ) | |
| **Public Service Commission,** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **ALABAMA POWER COMPANY,** | ) | |
| | ) | |
| **Intervenor-Defendant** | ) | |
| | ) | |

**<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants Alabama Public Service Commission; President Twinkle Andress Cavanaugh;

Commissioner Jeremy H. Oden; and Commissioner Chris "Chip" Beeker ("Defendants") submit

this notice of supplemental authority relevant to the jurisdictional issues raised in the motion to

dismiss (Doc. [80]) which is set for oral argument on September 18, 2024. The attached persuasive

authority clarifies the framework for determining whether a claim is an "implementation" claim

over which federal courts have subject matter jurisdiction. The relevant discussion begins in Section IIA on page 2, with the Court's distinction between "as-applied" and "implementation" claims on page 4. The Court found that it has jurisdiction over claims "to the extent that they challenge the PSC's regulatory scheme." *East Kentucky Power Cooperative, Inc. v. Kentucky Public Service Commission, et al.*, No. 3:22-CV-00063-GFVT, 2024 WL 3997810, at *5 (E.D. Ky. Aug. 29, 2024) (See Attachment A). The Court recognized that "requests for relief related to specific order and adjudications were as-applied challenges, whereas [plaintiff's] claims challenging a specific rule were implementation challenges." *Id*. (referencing *Exelon Wind 1, L.L.C. v. Nelson*, 766 F.3d 380, 390 (5th Cir. 2014).

Respectfully submitted this 16th day of September 2024.

/s/ Luther D. Bentley IV
Luther D. Bentley IV (ASB-9981-R48B)
V. Chad Mason, Jr. (ASB-1331-Y21E)
Attorneys for
APSC Defendants
100 N. Union Street
Montgomery, Alabama 36104
(334) 242-5200
luke.bentley@psc.alabama.gov
chad.mason@psc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Christina Tidwell
Barry A. Brock
Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, Alabama 35205
ctidwell@selcal.org
bbrock@selcal.org
Attorneys for Plaintiffs GASP, Inc., Mark
Johnston, and Teresa K. Thorne

Frank S. Holleman, III
Maia D. Hutt
Southern Environmental Law Center
601 W. Rosemary Street, Suite 220
Chapel Hill, NC 27516
fholleman@selcnc.org
mhutt@selcnc.org
Attorneys for Plaintiffs GASP, Inc., Mark
Johnston, and Teresa K. Thorne

Clay Ragsdale
Allison Riley
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, Alabama 35209
clay@ragsdalellc.com
allison@ragsdalellc.com
Attorneys for Plaintiffs James H. Bankston,
Jr. and Ralph B. Pfeiffer, Jr.

David R. Boyd
Balch & Bingham LLP
105 Tallapoosa St., Suite 200
Montgomery, Alabama 36104
dboyd@balch.com
Attorneys for Intervenor-Defendant
Alabama Power Company

Scott Borden Grover
Jason B. Tompkins
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
sgrover@balch.com
jtompkins@balch.com
Attorneys for Intervenor-Defendant
Alabama Power Company

/s/ Luther D. Bentley IV
Luther D. Bentley IV

3