**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                                    TELEPHONE (334) 954-3600

October 3, 2024

NOTICE OF REASSIGNMENT

To:     All Counsel of Record

Re:     Bankston et al v. Alabama Public Service Commission
Civil Action No.    2:21-cv-00469-MHT-SMD

The above-styled case has been reassigned to Judge R. Austin Huffaker, Jr..

Please note that the case number is now **2:21-cv-00469-RAH-SMD.** The new case number should be used on all future correspondence and pleadings.