# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAMES H. BANKSTON, JR.,** *et al.*, | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | ) CASE NO: 2:21-cv-469-ACA-SMD <br> ) |
| **ALABAMA PUBLIC SERVICE COMMISSION,** *et al.*, | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

Defendant Alabama Public Service Commission ("APSC") and Intervenor-Defendant Alabama Power Company ("APCO") (collectively, "Defendants") respectfully move this Court to extend the deadline to file a responsive pleading to Plaintiffs' most recent Amended Complaint (Doc. 111), in advance of the scheduling conference this Court has set for December 4, 2024. (Doc. 112).

On November 6, 2024, this Court ordered the Plaintiffs to file an amended complaint. (Doc. 106). Plaintiffs filed their most recent amended complaint on November 20, 2024. (Doc. 111).

Defendants have previously contended that this Court lacks subject matter jurisdiction over the allegations set forth in Plaintiffs' complaint, as amended, and filed a motion to dismiss based upon same. (Docs. 80-83). At the status conference

on December 4, 2024, Defendants intend to inquire with the Court as to whether it would entertain subsequent motions to dismiss the Amended Complaint filed on November 20, 2024. Under Fed. R. Civ. P. 15, it is the Defendants' understanding that December 4, 2024 is the deadline for Defendants to file a responsive pleading to the most recent Amended Complaint.

In the interest of preserving this Court's resources and judicial efficiency, Defendants therefore would respectfully request that this Court extend the deadline to file a responsive pleading until such time after the Court's status conference that the Court deems just and proper. *See* Fed. R. Civ. P. 15(a)(3) (providing courts the discretion to extend deadline to respond to amended complaint).

Counsel for the Defendants and the Defendant-Intervenor have conferred with counsel for the Plaintiffs, and Plaintiffs do not oppose the motion insofar as it requests a brief delay in filing a responsive pleading, with the express qualification that Plaintiffs object to the suggestion that Defendants or Defendant-Intervenor are entitled to or should be permitted to file any "subsequent" motion to dismiss directed to Doc. 111, because, the Plaintiffs contend, their arguments have already been rejected and Doc. 111 does not change any material fact or claim set forth in the Second Amended Complaint."

Respectfully submitted on this the 27th day of November, 2024.

*/s/ Tripp DeMoss*
One of the Attorneys for Intervenor-Defendant
Alabama Power Company

*Attorneys for Intervenor-Defendant Alabama Power Company*
David R. Boyd (ASB-0717-D52D)
Email dboyd@balch.com
Tripp DeMoss (ASB-1925-G23T)
Email: tdemoss@balch.com
BALCH & BINGHAM LLP
445 Dexter Ave., Suite 8000
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115
Scott Borden Grover (ASB-3661-066G)
Email: sgrover@balch.com
Jason B. Tompkins (ASB-3737-N72T)
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

/s/ Luther D. Bentley IV (*w/permission*)
*Attorneys for the Alabama Public Service Commission, Twinkle Andress Cavanaugh, Jeremy H. Oden, Chris "Chip" Beeker*:
Luther D. Bentley IV
V. Chad Mason, Jr.
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Telephone: (334) 242-5200
Email: luke.bentley@psc.alabama.gov
          chad.mason@psc.alabama.gov

...

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 27th, 2024, the foregoing has been electronically served on the following counsel of record:

*Attorneys For Plaintiffs GASP, Inc., Mark Johnston and Teresa K. Thorne:*
Barry A. Brock
Christina A. Tidwell
Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, AL  35233
Telephone: (205) 745-3060
Facsimile:  (205) 745-3064
Email: kjohnston@selcal.org
          ctidwell@selcal.org

*Attorneys For Plaintiffs GASP, Inc., Mark Johnston and Teresa K. Thorne:*
Frank S. Holleman, III *(admitted pro hac vice, NC bar no. 43361)*
Maia D. Hutt *(admitted pro hac vice, NC bar no. 53764)*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Email: fholleman@selcnc.org
          mhutt@selcnc.org

*Attorneys For Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.:*
Clay Ragsdale
Allison Riley
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, AL  35209
Telephone: (888) 727-1087
Email: clay@ragsdalellc.com
          allison@ragsdalellc.com

*Attorneys for the Alabama Public Service Commission, Twinkle Andress Cavanaugh, Jeremy H. Oden, Chris "Chip" Beeker*:
Luther D. Bentley IV
V. Chad Mason, Jr.
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Telephone: (334) 242-5200
Email: luke.bentley@psc.alabama.gov
       chad.mason@psc.alabama.gov

                                        */s/ Tripp DeMoss*
                                        OF COUNSEL