IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; ) <br> RALPH B. PFEIFFER, JR.; ) <br> MARK JOHNSTON; ) <br> TERESA K. THORNE; ) <br> and GASP, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALABAMA PUBLIC SERVICE ) <br> COMMISSION; TWINKLE ) <br> ANDRESS CAVANAUGH, in her ) <br> official capacity as President of the ) <br> Alabama Public Service ) <br> Commission; JEREMY H. ODEN, in ) <br> his official capacity as Commissioner ) <br> of the Alabama Public Service ) <br> Commission; and CHRIS V. ) <br> BEEKER, III, in his official capacity ) <br> as Commissioner of the Alabama ) <br> Public Service Commission, ) <br> ) <br> Defendants, ) <br> And ) <br> ) <br> ALABAMA POWER COMPANY, ) <br> ) <br> Intervenor-Defendant. ) | Case No.: 2:21-cv-469-ACA-SMD <br><br> UNOPPOSED |

**MOTION TO WITHDRAW MAIA HUTT AS COUNSEL**

Now comes undersigned Christina A. Tidwell, as counsel for Plaintiffs Mark Johnston, Teresa K. Thorne, and GASP, Inc., and, in accordance with Local Rule

83.1(f), hereby moves for leave to withdraw Maia Hutt as counsel of record in the above-captioned matter. Maia Hutt has reviewed this motion and consents to it being filed on her behalf. In support of this motion, undersigned counsel states as follows:

Maia Hutt will no longer be working on this matter. Barry Brock and Christina Tidwell of the Southern Environmental Law Center will remain counsel of record for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc. Clay Ragsdale and Allison Riley of Ragsdale LLC will remain counsel of record for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.

Wherefore, undersigned counsel respectfully requests that this motion be granted and that Ms. Hutt be removed from the service list in this matter.

Respectfully submitted this the 20th day of February, 2025.

/s/Christina A. Tidwell
Christina A. Tidwell (ASB-9696-D10R)
Southern Environmental Law Center
2829 Second Avenue S., Ste. 282
Birmingham, AL 35233
Tel.: (205) 745-3060
Email: ctidwell@selcal.org

*Attorney for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on February 20, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                                                s/Christina A. Tidwell
                                                Of Counsel