IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; RALPH B. PFEIFFER, JR.; MARK JOHNSTON; TERESA K. THORNE; and GASP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA PUBLIC SERVICE COMMISSION; TWINKLE ANDRESS CAVANAUGH, in her official capacity as President of the Alabama Public Service Commission; JEREMY H. ODEN, in his official capacity as Commissioner of the Alabama Public Service Commission; and CHRIS V. BEEKER, III, in his official capacity as Commissioner of the Alabama Public Service Commission, <br><br> Defendants, <br><br> And <br><br> ALABAMA POWER COMPANY, <br> Intervenor-Defendant. | Case No.: 2:21-cv-469-ACA-SMD <br><br> UNOPPOSED |

**JOINT MOTION TO EXTEND DEADLINES FOR EXPERT REPORTS, DISCOVERY AND DISPOSITIVE MOTIONS**

Pursuant to the Court's Scheduling Order (Doc. 123) and Rule 6(b) of the

Federal Rules of Civil Procedure, Plaintiffs Bankston, Pfeiffer, Johnston, Thorne,

and GASP ("Plaintiffs"), Defendants Alabama Public Service Commission, Commission President Cavanaugh, Commissioner Oden, and Commissioner Beeker ("Defendants"), and Intervenor-Defendant Alabama Power Company ("Intervenor-Defendant") jointly move the Court to grant extensions of the present Scheduling Order (Doc. 123) deadlines for exchanging expert reports, completing discovery, and filing dispositive motions. The parties are working together to diligently conduct discovery but require additional time to complete it. The parties offer the following grounds for the requested extensions:

1. Plaintiffs served Defendants with Plaintiffs' First Set of Interrogatories and Request for Production of Documents to Defendants on January 31, 2025.

2. Plaintiffs served Defendants a Notice of Deposition of 30(b)(6) Deposition on February 24, 2025.

3. Defendants responded to Plaintiffs' first set of discovery on March 3, 2025.

4. Plaintiffs responded to Defendants' Response on March 6, 2025, requesting that Defendants withdraw objections, supplement their response, and produce a privilege log. Plaintiffs also requested a meeting with Defendants to discuss the discovery dispute.

5. Defendants responded on March 12, 2025, stating that they were working on updated responses and providing available dates for meeting to discuss

the discovery dispute. Defendants also stated that they would discuss the Notice of 30(b)(6) Deposition at the meeting.

6. On March 24, 2025, Defendants provided Plaintiffs with updated discovery responses, produced over 1,000 pages of responsive documents, and produced a privilege log.

7. On March 26, 2025, the parties met and conferred about the outstanding discovery issues. They also discussed potential dates for the deposition of Defendants' 30(b)(6) witness. The parties are working together to schedule the deposition in late April or early May of 2025.

8. **Discovery Plan.** Following the meet and confer on March 26, 2025, Plaintiffs will send Defendants an Amended Notice of 30(b)(6) Deposition by April 3, 2025, and will conduct the deposition in late April or early May of 2025, depending on the witness's availability. Defendants have agreed to look into Plaintiffs' questions about their updated responses and privilege log and will supplement their discovery responses, as needed, by April 10, 2025. As noted below, the parties request to extend the deadline to complete discovery to August 1, 2025.

9. Plaintiffs and their expert(s) need additional time to review the documents produced by Defendants, which consist of hundreds of pages of technical utility rate schedules and technical reports on utility ratemaking, among other

3

documents, and conduct a deposition of Defendants' 30(b)(6) witness, prior to the deadline for filing expert reports.

10. To allow sufficient time to file any dispositive motions after the expert reports are exchanged, and, if necessary, depose experts and other fact witnesses, or otherwise object to or move to strike the introduction of any such experts or fact witnesses, the parties jointly request an extension of the dispositive motions and discovery deadlines as well.

11. No other deadlines will be affected by these requested extensions. The joint status report due on or before May 6, 2025, and the requirement that parties be ready for trial in January 2026 remain unchanged.

WHEREFORE, the parties respectfully request that the Court grant this joint motion and extend the present deadlines as follows:

1) Deadline for reports from Plaintiffs' experts extended from April 4, 2025 to May 30, 2025; and reports from Defendants' experts extended from May 5, 2025 to June 30, 2025.

2) Deadline for completion of discovery extended from June 6, 2025 to August 1, 2025.

3) Dispositive motion deadline extended from July 7, 2025 to September 2, 2025.

A proposed amended scheduling order is attached.

Respectfully submitted this the 28th day of March, 2025.

s/Christina A. Tidwell
Christina A. Tidwell (ASB-9696-D10R)
Barry A. Brock (ASB-9137-B61B)
Southern Environmental Law Center
2829 Second Avenue S., Ste. 282
Birmingham, AL 35233
Tel.: (205) 745-3060
Email: ctidwell@selcal.org
    bbrock@selcal.org
*Attorneys for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc.*

s/Clay Ragsdale
Clay Ragsdale (ASB-0308-A62R)
Allison Riley (ASB-0594-E28M)
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, AL 35209
Tel.: (888) 727-1087
Email: clay@ragsdalellc.com
    allison@ragsdalellc.com
*Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.*

s/Luther D. Bentley IV
Luther D. Bentley IV (ASB-9981-R48B)
V. Chad Mason, Jr. (ASB-1331-Y21E)
Alabama Public Service Commission
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200
Email: luke.bentley@psc.alabama.gov
    chad.mason@psc.alabama.gov
*Attorneys for Defendants Alabama Public Service Commission, Twinkle Andress Cavanaugh, Jeremy H. Oden, and Chris V. Beeker, III*

s/Scott Borden Grover
Scott Borden Grover (ASB-3661-066G)
Jason B. Tompkins (ASB-3737-N72T)
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448
Email: sgrover@balch.com
    jtompkins@balch.com

David R. Boyd (ASB-0717-D52D)
Tripp DeMoss (ASB-1925-G23T)
Balch & Bingham LLP
105 Tallapoosa St., Suite 200
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115
Email: dboyd@balch.com
    tdemoss@balch.com
*Attorneys for Intervenor-Defendant Alabama Power Company*