IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO: 2:21-cv-469-ACA-SMD |
| ALABAMA PUBLIC SERVICE COMMISSION, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Tripp DeMoss of the law firm Balch & Bingham LLP and moves this Court for an order permitting him to withdraw as Counsel of Record for Alabama Power Company. Alabama Power Company will continue to be represented by other counsel of record.

Respectfully submitted this 2nd day of May, 2025.

                                  */s/ Tripp DeMoss*
                                  One of the Attorneys for Intervenor-Defendant
                                  Alabama Power Company

*Attorneys for Intervenor-Defendant Alabama Power Company*
David R. Boyd (ASB-0717-D52D)
Email dboyd@balch.com
Tripp DeMoss (ASB-1925-G23T)
Email: tdemoss@balch.com
BALCH & BINGHAM LLP

445 Dexter Ave., Suite 8000
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115
Scott Borden Grover (ASB-3661-066G)
Email: sgrover@balch.com
Jason B. Tompkins (ASB-3737-N72T)
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, the foregoing has been electronically served on the following counsel of record:

*Attorneys For Plaintiffs GASP, Inc., Mark Johnston and Teresa K. Thorne:*
Barry A. Brock
Christina A. Tidwell
Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, AL  35233
Telephone: (205) 745-3060
Facsimile:  (205) 745-3064
Email: kjohnston@selcal.org
           ctidwell@selcal.org

2

*Attorneys For Plaintiffs GASP, Inc., Mark Johnston and Teresa K. Thorne:*
Frank S. Holleman, III *(admitted pro hac vice, NC bar no. 43361)*
Maia D. Hutt *(admitted pro hac vice, NC bar no. 53764)*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Email: fholleman@selcnc.org
       mhutt@selcnc.org

*Attorneys For Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.:*
Clay Ragsdale
Allison Riley
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, AL  35209
Telephone: (888) 727-1087
Email: clay@ragsdalellc.com
       allison@ragsdalellc.com


*Attorneys for the Alabama Public Service Commission, Twinkle Andress Cavanaugh, Jeremy H. Oden, Chris "Chip" Beeker*:
Luther D. Bentley IV
V. Chad Mason, Jr.
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Telephone: (334) 242-5200
Email: luke.bentley@psc.alabama.gov
       chad.mason@psc.alabama.gov

                                                    */s/ Tripp DeMoss*
                                                    OF COUNSEL