# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO: 2:21-cv-469-ACA-SMD |
| ALABAMA PUBLIC SERVICE COMMISSION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Alyssa M. Cook, an attorney with the firm of Balch & Bingham LLP, hereby gives her notice of appearance as additional counsel for Intervenor Alabama Power Company, in the above-styled action. It is respectfully requested that all pleadings, notices, orders, discovery, correspondence, memoranda, documents, and other filings be served upon her.

Respectfully submitted this 6th day of May, 2025.

>  */s/ Alyssa M. Cook*
>  One of the Attorneys for Intervenor
>  Alabama Power Company

David R. Boyd (ASB-0717-D52D)
Email: dboyd@balch.com
Alyssa M. Cook (ASB-0816-X80Z)
Email: amcook@balch.com
BALCH & BINGHAM LLP
445 Dexter Ave., Suite 8000

Montgomery Alabama 36104
Telephone: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover (ASB-3661-066G)
Email: sgrover@balch.com
Jason B. Tompkins (ASB-3737-N72T)
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-8781
Facsimile: (205) 488-5448

## CERTIFICATE OF SERVICE

     I hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                        */s/ Alyssa M. Cook*
                                        OF COUNSEL