IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES H. BANKSTON, JR.; | ) | |
| RALPH B. PFEIFFER, JR.; | ) | |
| MARK JOHNSTON; | ) | |
| TERESA K. THORNE; | ) | |
| and GASP, INC., | ) | Case No. 2:21-CV-00469-ACA-SMD |
| | ) | |
| Plaintiffs, | ) | (OPPOSED) |
| | ) | |
| v. | ) | |
| | ) | |
| ALABAMA PUBLIC SERVICE | ) | |
| COMMISSION; CYNTHIA LEE | ) | |
| ALMOND, in her official capacity as | ) | |
| President of the Alabama Public | ) | |
| Service Commission; JEREMY H. | ) | |
| ODEN, in his official capacity as | ) | |
| Commissioner of the Alabama Public | ) | |
| Service Commission; and CHRIS V. | ) | |
| BEEKER, III, in his official capacity as | ) | |
| Commissioner of the Alabama Public | ) | |
| Service Commission, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| ALABAMA POWER COMPANY, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**APSC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Alabama Public Service Commission ("APSC") and all three of the APSC Commissioners in their official capacities (collectively "Defendants")[1] move this Court to enter a summary judgment in their favor and dismiss all claims brought by the Plaintiffs (James H. Bankston, Jr.; Ralph B. Pfeifer, Jr.; Mark Johnston; Teresa K. Thorne; and GASP, Inc.) pursuant to Rule 56 of the Federal Rules of Civil Procedure. There is no genuine issue as to any material fact, and Defendants are entitled to summary judgment as a matter of law, based on the following grounds:

1.  Plaintiffs' claim under Section 210 of the Public Utility Regulatory Policies Act ("PURPA"), citing a failure to implement 18 C.F.R. § 292.305(a), fails as a matter of law.

2.  Plaintiffs' claim under Section 210 of PURPA, citing a failure to implement 18 C.F.R. § 292.305(b), fails as a matter of law.

3.  Plaintiffs' claim under Section 210 of PURPA, citing a failure to implement 18 C.F.R. § 292.305(c), fails as a matter of law.

---

[1] President Twinkle Andress Cavanaugh submitted her resignation as President on June 1, 2025. On June 6, 2025, Governor Kay Ivey accepted her resignation and appointed Cynthia Lee Almond as President. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Cynthia Lee Almond is automatically substituted for Twinkle Andress Cavanaugh in this matter.

In support of this Motion, Defendants separately file evidentiary materials and will file a supporting brief in accordance with the Initial Order Governing All Further Proceedings (Doc. 108).

Respectfully submitted this 2nd day of September 2025.

/s/ Luther D. Bentley IV
Luther D. Bentley IV (ASB-9981-R48B)
V. Chad Mason, Jr. (ASB-1331-Y21E)
Attorneys for APSC Defendants
100 N. Union Street
Montgomery, Alabama 36104
(334) 242-5200
luke.bentley@psc.alabama.gov
chad.mason@psc.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification to the following:

Christina A. Tidwell
Barry A. Brock
Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, Alabama 35205
ctidwell@selcal.org
bbrock@selcal.org
Attorneys for Plaintiffs GASP, Inc., Mark Johnston, and Teresa K. Thorne

Clay Ragsdale
Allison Riley
Ragsdale LLC
517 Beacon Parkway W.
Birmingham, Alabama 35209
clay@ragsdalellc.com
allison@ragsdalellc.com
Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.

David R. Boyd
Alyssa M. Cook
Balch & Bingham LLP
445 Dexter Ave., Suite 8000
Montgomery, AL 36104
dboyd@balch.com
amcook@balch.com
Attorneys for Intervenor-Defendant Alabama Power

Scott Borden Grover
Jason B. Tompkins
Balch & Bingham LLP
1901 Sixth Ave. North, Suite 1500
Birmingham, AL 35203
sgrover@balch.com
jtompkins@balch.com
Attorneys for Intervenor-Defendant Alabama Power

/s/ Luther D. Bentley IV
Luther D. Bentley IV