# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; ) <br> RALPH B. PFEIFFER, JR.; ) <br> MARK JOHNSTON; ) <br> TERESA K. THORNE; ) <br> and GASP, INC., ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> ALABAMA PUBLIC SERVICE ) <br> COMMISSION; CYNTHIA LEE ) <br> ALMOND, in her official capacity as ) <br> President of the Alabama Public ) <br> Service Commission; JEREMY H. ) <br> ODEN, in his official capacity as ) <br> Commissioner of the Alabama ) <br> Public Service Commission; and ) <br> CHRIS V. BEEKER, III, in his ) <br> official capacity as Commissioner of ) <br> the Alabama Public Service ) <br> Commission, ) <br>   ) <br>   Defendants, ) <br>   ) <br>   And ) <br>   ) <br> ALABAMA POWER COMPANY, ) <br>   ) <br>   Intervenor-Defendant. ) | Case No.: 2:21-cv-469-ACA-SMD <br><br> (OPPOSED) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs James H. Bankston, Jr., Ralph B. Pfeiffer, Jr., Mark Johnston, Teresa K. Thorne, and GASP, Inc., respectively move for summary judgment on Counts One, Two, and Three of their Third Amended Complaint, Doc. 116. In support of this motion, Plaintiffs rely upon and incorporate herein their supporting memorandum of law and evidentiary submission, filed in accordance with the Initial Order Governing All Further Proceedings, Doc. 108, which demonstrate that there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law.

Respectfully submitted this 2nd day of September, 2025.

| | |
|---|---|
| s/Christina A. Tidwell | s/Clay Ragsdale |
| Christina A. Tidwell (ASB-9696-D10R) | Clay Ragsdale (ASB-0308-A62R) |
| Barry A. Brock (ASB-9137-B61B) | Allison Riley (ASB-0594-E28M) |
| Southern Environmental Law Center | Ragsdale LLC |
| 2829 Second Avenue S., Ste. 282 | 517 Beacon Parkway W. |
| Birmingham, AL 35233 | Birmingham, AL 35209 |
| Tel.: (205) 745-3060 | Tel.: (888) 727-1087 |
| Email: ctidwell@selcal.org | Email: clay@ragsdalellc.com |
| bbrock@selcal.org | allison@ragsdalellc.com |
| | |
| *Attorneys for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc* | *Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.* |

# **CERTIFICATE OF SERVICE**

I hereby certify that, on September 2, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*Attorneys for Defendants*
*Alabama Public Service Commission, Cynthia Lee Almond, Jeremy H. Oden, Chris V. Beeker, III*:
Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200

*Attorneys for Intervenor-Defendant*
*Alabama Power Company*:
David R. Boyd
Email: dboyd@balch.com
Alyssa M. Cook
Email: amcook@balch.com
BALCH & BINGHAM LLP
445 Dexter Ave., Suite 8000
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover
Email: sgrover@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

s/Christina A. Tidwell
Of Counsel
