# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES H. BANKSTON, JR.; ) <br> RALPH B. PFEIFFER, JR.; ) <br> MARK JOHNSTON; ) <br> TERESA K. THORNE; ) <br> and GASP, INC., ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> ALABAMA PUBLIC SERVICE ) <br> COMMISSION; CYNTHIA LEE ) <br> ALMOND, in her official capacity as ) <br> President of the Alabama Public ) <br> Service Commission; JEREMY H. ) <br> ODEN, in his official capacity as ) <br> Commissioner of the Alabama ) <br> Public Service Commission; and ) <br> CHRIS V. BEEKER, III, in his ) <br> official capacity as Commissioner of ) <br> the Alabama Public Service ) <br> Commission, ) <br>   ) <br>   Defendants, ) <br>   ) <br>   And ) <br>   ) <br> ALABAMA POWER COMPANY, ) <br>   ) <br>   Intervenor-Defendant. ) | Case No.: 2:21-cv-469-ACA-SMD <br><br> **UNOPPOSED** |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF

Plaintiffs Bankston, Pfeiffer, Johnston, Thorne and GASP ("Plaintiffs") move the Court for an order allowing Plaintiffs to file a consolidated reply brief of up to 20 pages in length in support of their motion for summary judgment. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs, Defendants Alabama Public Service Commission and its Commissioners (the "PSC"), and Defendant-Intervenor Alabama Power Company ("APC") filed separate motions for summary judgment and supporting briefs on September 2, 2025, and September 3, 2025, respectively. Docs. 140-141, 143, 147-149.

2. On September 15, 2025, Plaintiffs filed an Unopposed Motion for Leave to File Consolidated Brief and for Extension of Time. Doc. 154. The Court granted the Motion, allowing Plaintiffs to file a consolidated 70-page response brief, and extending the briefing schedule. Doc. 155. Plaintiffs filed their Consolidated Response in Opposition to Motions for Summary Judgment on October 2, 2025. Doc. 158.

3. The PSC and APC filed separate briefs in opposition to Plaintiffs' Motion for Summary Judgment on October 2, 2025. Docs. 156-157.

4. Reply briefs are currently due on October 23, 2025. Doc. 155.

5. The Court's Initial Order limits reply briefs to 10 pages. Doc. 108. Thus, if Plaintiffs reply separately, they would have a total of 20 pages.

6. The PSC's response brief, Doc. 156, and Intervenor APC's response brief, Doc. 157, overlap but also make distinct arguments which will require separate attention in Plaintiffs' reply.

7. Rather than file two separate reply briefs, and to sufficiently and efficiently reply to the response briefs, Plaintiffs seek leave to file a consolidated reply brief that is no more than 20 pages.

8. Undersigned counsel has contacted counsel for the PSC and APC, and they have indicated that they do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order allowing Plaintiffs to file a consolidated reply brief of up to 20 pages in support of their summary judgment motion.

Respectfully submitted this 9th day of October, 2025.

| s/Christina A. Tidwell | s/M. Clay Ragsdale |
|---|---|
| Christina A. Tidwell (ASB-9696-D10R) | M. Clay Ragsdale (ASB-0308-A62R) |
| Barry A. Brock (ASB-9137-B61B) | Allison L. Riley (ASB-0594-E28M) |
| Southern Environmental Law Center | Ragsdale LLC |
| 2829 Second Avenue S., Ste. 282 | 517 Beacon Parkway W. |
| Birmingham, AL 35233 | Birmingham, AL 35209 |
| Tel.: (205) 745-3060 | Tel.: (888) 727-1087 |
| Email: ctidwell@selcal.org | Email: clay@ragsdalellc.com |
| bbrock@selcal.org | allison@ragsdalellc.com |
| *Attorneys for Plaintiffs Mark Johnston, Teresa K. Thorne and GASP, Inc* | *Attorneys for Plaintiffs James H. Bankston, Jr. and Ralph B. Pfeiffer, Jr.* |

# CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*Attorneys for Defendants Alabama Public Service Commission, Cynthia Lee Almond, Jeremy H. Oden, Chris V. Beeker, III*:
Luther D. Bentley IV
Email: luke.bentley@psc.alabama.gov
V. Chad Mason, Jr.
Email: chad.mason@psc.alabama.gov
ALABAMA PUBLIC SERVICE COMMISSION
100 North Union Street
RSA Union Building, Suite 802
Montgomery, Alabama 36104
Tel.: (334) 242-5200

*Attorneys for Intervenor-Defendant Alabama Power Company:*
David R. Boyd
Email: dboyd@balch.com
Alyssa M. Cook
Email: amcook@balch.com
BALCH & BINGHAM LLP
445 Dexter Ave., Suite 8000
Montgomery Alabama 36104
Tel.: (334) 269-3159
Facsimile: (334) 269-3115

Scott Borden Grover
Email: sgrover@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 226-8781
Facsimile: (205) 488-5448

5

                                                                      <u>s/Christina A. Tidwell</u>
                                                                      Of Counsel